IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MICKI BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 324-084 |
| ) | |
| CERT GARNER; CERT HORNER; CERT ) | |
| WRIGHT; UNIT MANAGER HUNT; ) | |
| UNIT MANAGER KELLOM; DR ) | |
| INVESTIGATOR WOODARD; NURSE ) | |
| MATHIS; NURSE MAYOR; ) | |
| LIEUTENANT CHAMBERS; ) | |
| LIEUTENANT CHARBONNEAU; ) | |
| LIEUTENANT BRANCH; SERGEANT ) | |
| BROWN; COUNSELOR HILL; ) | |
| COUNSELOR KIRBY; DEPUTY ) | |
| WARDEN WILCOX; DEPUTY WARDEN ) | |
| JACKSON; and WARDEN MCFARLEN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 16.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Hunt, Hill, Jackson, McFarlen, and Woodard; all claims related to Plaintiff's disciplinary report, grievances, and subsequent appeals not being processed in accordance with prison regulations, Plaintiff's assignment to segregation housing, and the confiscation, deprivation, and loss of Plaintiff's personal property; and all official

capacity claims for monetary damages for failure to state a claim upon which relief may be granted. The case shall proceed against Defendants Garner, Horner, Wright, Chambers, Branch, Charbonneau, Brown, Kirby, Wilcox, Kellom, Mathis, and Mayor as described in the Magistrate Judge's March 28, 2025 Order. (Doc. no. 14.)

SO ORDERED this 28th day of April, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE