IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEOGRIA
DUBLIN DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 23 2026

FILED

| | | |
|---|---|---|
| MICKI BROWN, | * | |
| Plaintiff, | * | |
| v. | * | CV 324-084 |
| CERT. OFFICER GARNER, *et al.*, | * | |
| Defendants. | * | |

# ORDER

On September 17, 2026, the Court entered an Order imposing a thirty-day stay of all deadlines in the case upon an emergency request of a personal nature from a defense attorney. In actuality, there were no pending deadlines for any party in the case within those thirty days, and this thirty-day period has ended. Discovery in the case closed on April 24, 2026, and most Defendants filed motions for summary judgment in May 2026. Plaintiff's time to respond to those motions was extended to July 7, 2026, a date which fell before the referenced thirty-day Stay Order.

Plaintiff has now filed a motion for clarification of the imposed stay, which includes a motion for settlement conference or mediation. As to the clarification request, the Court emphasizes that there is no stay in the case; the thirty-day emergency stay is over. At present, Defendants' motions for summary judgment as well as several pretrial motions filed by Plaintiff are under

consideration. These motions are ripe for consideration; no other briefs pertaining to these motions are expected or overdue.

Further, the Court will not unilaterally grant Plaintiff's request for a settlement conference or mediation without the input of Defendants. Accordingly, should the Defendants also desire mediation in the case, they should file notice with the Court within ten days hereof. Otherwise, Plaintiff's request for mediation is presently denied.

Upon the foregoing, the Clerk is directed to **TERMINATE** Plaintiff's motion for clarification and for mediation (doc. no. 83) as the matters raised therein have now been resolved.

**ORDER ENTERED** at Augusta, Georgia this 23rd day of October, 2026.

Dudley H. Bowen, Jr.

UNITED STATES DISTRICT JUDGE